AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:25-mj-00101-JCN | Date and time warrant executed: 3-19-25 @ 10:00 AM | Copy of warrant and inventory left with: 739 Sandy River Rd, Norridgewock |
| Inventory made in the presence of: Jonathan Richards | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

1. Memory card from door camera
2. Memory stick with photographs of 739 Sandy River Rd

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-24-25

_____
Executing officer's signature

Jonathan Richards DEA/TFO
Printed name and title